062212Nf

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| AMERA-SEIKI CORPORATION, | ) | |
| | ) | C10-130 |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| THE CINCINNATI INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on plaintiff's resisted Motion for Entry of Judgment, filed April 24, 2012. Granted in accordance herewith.

On March 16, 2012, the court granted plaintiff's Motion for Summary Judgment and denied defendant's Motion for Summary Judgment, finding that plaintiff was entitled to insurance coverage from defendant on the claimed loss. The court then directed the parties to file a joint statement as to whether there existed any remaining issues. On April 4, 2012, the parties filed a joint statement acknowledging that the amount of judgment to be entered is $337,025.50, excluding any prejudgment interest, and noting that there remained a dispute as to whether plaintiff is entitled to prejudgment interest. Thereafter, plaintiff filed the instant motion, seeking entry of judgment as to the agreed $337,025.50, as well as prejudgment interest on that amount. Specifically, plaintiff seeks prejudgment interest at the rate of 5% pursuant to IC §535.2(1)(b) from July 13, 2010 (the undisputed date of destruction of the insured property), and post-judgment interest

pursuant to 28 USC §1961(a).  Defendant resists as to the prejudgment interest only.

The court is satisfied that this case is controlled by Gosch v. Juelfs, 701 NW2d 90, 92 (Iowa 2005), holding that where, as here, damage is complete at a particular time, interest should be allowed as to that item from the time the damage was shown to be complete.  Here, the entire damage for which recovery was demanded was complete on the date of destruction of the insured property, July 13, 2010, and therefore plaintiff is entitled to interest on the damage from that date at the rate provided in IC §535.2(1)(b).  In accordance with Gosch, supra, and upon this record, the court finds no merit in defendant's assertion that prefiling interest is foreclosed by a dispute as to a right to recover, that the insurance contract controlled the matter of prefiling interest, and that damages were not complete and liquidated until the court's order of March 16, 2012.

It is therefore

ORDERED

Granted.  Judgment for plaintiff in the amount of $337,025.50, with interest thereon from July 13, 2010 at the rate provided in IC 535.2(1)(b) until the date of this judgment, and post judgment interest thereafter as provided by 28 USC §1961(a).

June 22, 2012.

                                                    Edward J. McManus, Judge
                                                    UNITED STATES DISTRICT COURT